UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                                            Case No. 8:03-CR-307-T-27TBM

BRANDON SPURLIN
_____/

ORDER

**BEFORE THE COURT** is Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. 31). According to procedure, the Clerk opened a corresponding civil file pursuant to the instant petition: Brandon Spurlin v. United States of America, Case No. 8:05-CV-836-T-27TBM. Pursuant to the pending civil case, it is not necessary to keep the motion pending in the criminal file. Therefore, it is

**ORDERED AND ADJUDGED**:

1. The Clerk is directed to terminate the Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (Dkt. 31) in the instant criminal action.

2. All parties are directed to use the civil case number (8:05-CV-836-T-27TBM) on all subsequent filings pertaining to Petitioner's Motion to Vacate.

3. Petitioner's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 remains under consideration by the Court in the civil file.

**DONE AND ORDERED** in chambers this 4th day of May, 2005.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record
SA/jh